# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| HOWARD WAYNE BROWNFIELD, | |
| Plaintiff, | Case No. 2:18-cv-02072-CSB-EIL |
| v. | Honorable Colin S. Bruce |
| EXETER FINANCE, LLC, SYNERGETIC COMMUNICATION, INC., and MRS BPO, LLC, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, HOWARD WAYNE BROWNFIELD ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, SYNERGETIC COMMUNICATION, INC., only, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 10, 2018                                         Respectfully Submitted.

/s/ Nathan C. Volheim
Nathan C. Volheim, Est. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Nathan C. Volheim
Nathan C. Volheim