UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HOWARD WAYNE BROWNFIELD,<br><br>Plaintiff,<br><br>v.<br><br>EXETER FINANCE, LLC, SYNERGETIC COMMUNICATION, INC. and MRS BPO, LLC,<br><br>Defendants. | Case No. 2:18-cv-02072-CSB-EIL<br><br>Honorable Judge Colin S. Bruce |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that HOWARD WAYNE BROWNFIELD ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant EXETER FINANCE, LLC, only, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 9th day of May, 2018.

                                          Respectfully submitted,

                                          s/ Nathan C. Volheim
                                          Nathan C. Volheim
                                          Sulaiman Law Group, Ltd.
                                          2500 South Highland Avenue,
                                          Suite 200
                                          Lombard, IL 60148
                                          (630) 575-8181
                                          nvolheim@sulaimanlaw.com
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim
